UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CV-01634-DJC-JDP |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY 500,001.2 USDT, APPROXIMATELY 1,000,100.145687 USDT, AND APPROXIMATELY 1,285,540.357235 USDT, | |
| Defendants. | |

This matter came before the Honorable Magistrate Judge Jeremy D. Peterson on the United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant cryptocurrency to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

////

////

1

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Linda, Mr. Wu, Jear aka Long Cheng, Nessy aka Bigmouse See, Rui, Q, and ChaoJun Luo are held in default.

3. A judgment by default is hereby entered against any right, title, or interest of Linda, Mr. Wu, Jear aka Long Cheng, Nessy aka Bigmouse See, Rui, Q, and ChaoJun Luo in the defendant cryptocurrency referenced in the above caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant cryptocurrency to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:    **April 23, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2