UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America  ,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 500,001.2 USDT, et al.,<br><br>Defendant. | Case No. 2:25-cv-01634-DJC-JDP<br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Linda, Mr. Wu, Jear aka Long Cheng, Nessy aka Bigmouse See, Rui, Q, and ChaoJun Luo

April 24, 2026                                        KEITH HOLLAND, CLERK

                                                          By: /s/  K. Zignago, Deputy Clerk